FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

OCT 12 PM 1:59

[signature]
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | cr 105-058 |
| | ) | |
| CHRISTOPHER J. CUNNINGHAM | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the motion to dismiss is **DENIED**.

SO ORDERED this 12th day of October, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE