# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA AND DUBLIN DIVISIONS

IN RE:                                    )        Case No.:   1:05-cr-058, Cunningham
                                          )                    1:13-cr-274, Daniels
LEAVE OF ABSENCE REQUEST                  )                    1:14-cr-069, Williamson
                                          )                    1:15-cr-063, Cunningham, et al.
NANCY C. GREENWOOD                        )                    1:15-cv-128, Daniels
December 4, 2015, and                     )
December 30, 2015 – January 4, 2016       )                    3:11-cr-009, Cleveland

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America

in the above-cited cases on behalf of Assistant United States Attorney Nancy C. Greenwood for

December 4, 2015, and December 30, 2015, through January 4, 2016, for vacation outside of the

district, the same is hereby GRANTED.

This _____ day of _____, 2015.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2015 NOV 20 PM 3:42

FILED U.S. DISTRICT COURT AUG. STA DIV.

CLERK SO. DIST. OF GA